## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RICHARD LAY**                                    **CIVIL ACTION**

**VERSUS**                                         **NO. 19-9160**

**CASEY McVEA, ET AL.**                            **SECTION: R**

### O R D E R

Considering the order issued in Civil Action No. 00-2022,

Accordingly,

**IT IS ORDERED** that this matter is hereby administratively closed until Mr. Lay provides certification that he has satisfied all sanctions imposed upon him by this Court and by the Fifth Circuit Court of Appeal.

New Orleans, Louisiana, this 30th day of April, 2019.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**